IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JONATHAN COLLIER,<br><br>Plaintiff,<br><br>vs.<br><br>UTAH TRAILWAYS,<br><br>Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:16-CV-1276 DB |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Dustin B. Pead on January 3, 2018, recommending that Defendant's "First Motion for Summary Judgment" be granted with respect to Plaintiff's claim for overtime pay under the FLSA.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the

Magistrate Judge's Report and Recommendation, the Court adopts the recommendation of magistrate judge, and concludes that Defendant Trailways is entitled to judgment in Defendant's favor on Plaintiff's claim for overtime pay because the FLSA's overtime provisions do not apply to Plaintiff's employment with Defendant.

Therefore, the Court ADOPTS the Report and Recommendation and GRANTS the Defendant's First Motion for Summary Judgment on Plaintiff's claim for overtime.[1]

IT IS SO ORDERED.

Dated this 21st day of February, 2018.

_____
Dee Benson
United States District Judge

---

[1] Defendant concedes that Plaintiff's minimum-wage claims "were not the subject of Defendant's motion for summary judgment and will need to be addressed at a later time." (Dkt. No. 21 at 3 n.6.)